PROB 12C
(7/93)

Report Date: December 13, 2011

## United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 16 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Eduardo Abundiz              Case Number: 2:07CR02080-004

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 10/23/2008

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute Controlled Substance, 21 U.S.C. § 846 |
| Original Sentence: | Prison - 364 Days; TSR - 36 Months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Gregory M. Shogren |
| | Date Supervision Commenced: 10/30/2009 |
| Defense Attorney: | Rick Lee Hoffman |
| | Date Supervision Expires: 10/29/2012 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/7/2011.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Abundiz failed to submit to a urinalysis test on October 11, 2011. He was directed to report to the office and make up the test on October 24, 2011. The specimen was presumptive positive for THC. The sample was sent to the laboratory and confirmed positive for cannabinoids on November 1, 2011. During discussion with Mr. Abundiz, he adamantly denies any drug use, but said he was "near" some guys during the apple picking harvest, who he believes were using the drug. He stated the individuals were several rows over from him in the orchard, but he could smell the substance. |

Prob12C
Re:  Abundiz, Eduardo
December 13, 2011
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/13/2011

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

---

### THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [x] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Other

_____
Signature of Judicial Officer

12/16/2011
Date